**Entered on Docket
September 18, 2009**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
09-70628 / 0138424692

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Annie Phillips<br><br>-<br><br>          Debtors. | BK-S-09-15389-bam<br><br>MS Motion No.<br>Date: 9/1/09<br>Time: 1:30pm<br><br>Chapter 13 |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

1

2      4 Monthly Payments at $2,120.12                 $8,480.48
    (May 1, 2009-August 1, 2009)
3      3 Late Charges at $91.53 each                  $ 274.59
    (May 16, 2009-July 16, 2009)
4      Motion Filing Fee                                   $ 150.00
5      Attorneys Fees                                       $ 750.00
6      Total Arrearage                                     $9,655.07

7

8         The above arrearage shall be paid in six (6) monthly installments of $1,609.18. These payments

9 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month

10 commencing with the August 20, 2009 payment and continuing throughout and concluding on or before

11 January 20, 2010.

12         IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

13 Debtors at least five business days' notice of the time, place and date of sale.

14         IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and

15 maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning

16 with the September 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject

17 Property, generally described as 9188 Mangostone Lane, Las Vegas, NV 89147, and legally described as

18 follows:

        LOT 33 IN BLOCK C OF BARCELONA, AS SHOWN BY MAP THEREOF ON FILE IN
19 BOOK 73 OF PLATS, PAGE 12 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK
COUNTY, NEVADA AND AMENDED BY THAT CERTIFICATE OF AMENDMENT RECORDED
20 JULY 12, 1996 AS INSTRUMENT/FILE NO. 01763 IN BOOK 960712 OFFICIAL RECORDS.

21         IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any

22 payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's

23 Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon

24 Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each

25 such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be

26 paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure

the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to

Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the

1

2  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete

3  possession thereof.

4

5  Submitted by:

6  **WILDE & ASSOCIATES**

7

8  By _____

9  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
10  208 South Jones Boulevard
    Las Vegas, Nevada 89107
11

12  APPROVED AS TO FORM & CONTENT:

13  Kathleen A. Leavitt                    Roger P. Croteau

14  By _____             By _____

15  Kathleen A. Leavitt                    Roger P. Croteau
    Chapter 13 Trustee                     Attorney for Debtors
16  201 Las Vegas Blvd. So., #200          720 S. 4th St. #202
17  Las Vegas, NV 89101                    Las Vegas, NV 89101

18
                                           Nevada Bar No. 4958
19

20

21

22

23

24

25

26