Entered on Docket
October 14, 2009

*Bruce A. Markell*

Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

Wells Fargo Home Mortgage
09-70722 / 0257921551

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Annie Phillips

                                        Debtor.

BK-S-09-15389-bam

MS Motion No.
Date: 9/22/09
Time: 9:30 Am

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments at $1,696.11 | $6,784.44 |
| (June 1, 2009-September 1, 2009) | |
| 5 Late Charges at $65.36 each | $ 326.80 |
| (May 16, 2009-September 16, 2009) | |
| Motion Filing Fee | $ 150.00 |
| Attorneys Fees | $ 750.00 |
| Less suspense | ($1,303.89) |
| Total Arrearages | $6,707.35 |

The above arrearage shall be paid in five (5) monthly installments of $1,117.89 and one (1) final monthly installment of $1,117.90  These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the October 20, 2009 payment and continuing throughout and concluding on or before March 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1,2009 , payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 1129 Mill St. , Ely,  NV 89301, and legally described as follows:

Lots 14, 15, 16. 17 and 18, Block A of the WHITE BROWN ADDITION TO THE CITY OF ELY, according to the Official Map thereof, filed in the office of the County Recorder of White Pine County, Nevada, State of Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition.  For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to

1  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the

2  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete

3  possession thereof.

4

5  Submitted by:

6  WILDE & ASSOCIATES

7

8  By  _R. Salvat_  #10235

9         **GREGORY L. WILDE, ESQ.**
        Attorneys for Secured Creditor

10        208 South Jones Boulevard
        Las Vegas, Nevada 89107

11

12  APPROVED AS TO FORM & CONTENT:

13  Kathleen A Leavitt                          Roger P. Croteau

14  By_____                          By_____

15  Kathleen A Leavitt                          Roger P. Croteau
   Chapter 13 Trustee                           Attorney for Debtors

16  201 Las Vegas Blvd., So. #200                720 S. 4th St. #202

17  Las Vegas, NV 89101                          Las Vegas, NV 89101

18                                               Nevada Bar No.  7878

19

20

21

22

23

24

25

26