Filed Electronically_____

**Entered on Docket**
**January 20, 2010**

*Bruce A. Markell* (signature)

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Home Mortgage
09-70722 / 0257921551

## UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Annie Phillips<br><br><br><br>Debtors. | 09-15389-bam<br><br>Motion no.<br>Date:<br>Time:<br><br>Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on December 21, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Wells Fargo Home Mortgage its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 1129 Mill St., Ely NV and legally described as follows:

Lots 14, 15, 16. 17 and 18, Block A of the WHITE BROWN ADDITION TO THE CITY OF ELY, according to the Official Map thereof, filed in the office of the County Recorder of White Pine County, Nevada, State of Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By /S/GREGORY L. WILDE
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order      \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order      \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing; and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order      \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order      \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor